JS-6

1  John C. Taylor, State Bar No. 78389
   taylor@taylorring.com
2  James W. Lewis, State Bar No. 207599
   lewis@taylorring.com
3  **TAYLOR & RING, LLP**
   10900 Wilshire Boulevard, Suite 920
4  Los Angeles, California 90024

5  Telephone: (310) 209-4100
   Facsimile: (310) 208-5052
6
7  Attorneys for Plaintiffs

   Dana Alden Fox, State Bar No. 119761
8  Dana.Fox@lewisbrisbois.com
   Jonathan C. Teller, State Bar No. 280312
9  Jonathan.Teller@lewisbrisbois.com
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
10 633 West 5th Street, Suite 4000
   Los Angeles, California 90071
11 Telephone: (213) 250-1800
   Facsimile: (213) 250-7900
12
13 Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.T., a minor by and through her Guardian ad Litem DEBBIE T.; N.W., a minor by and through her Guardian ad Litem RANDI W.; S.W., a minor by and through her Guardian ad Litem JOSHUA W.; Z.G., a minor by and through his Guardian ad Litem LINDA G.; M.S., a minor by and through her Guardian ad Litem, HOWARD S.; S.S., a minor by and through her Guardian ad Litem, PAMELA S.; A.B., a minor by and through her Guardian ad Litem, KAREN B.<br><br>                    Plaintiffs,<br>vs. | CASE NO. CV 15-9561-GW(PJWx)<br><br>Assigned to District Judge George H. Wu, Courtroom 10<br><br>Assigned to Magistrate Judge Patrick J. Walsh<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: December 11, 2015<br>Trial Date:         November 8, 2016 |

4843-9113-0414.1                                    1

**[PROPOSED] ORDER OF DISMISSAL**

NORTH AMERICAN FEDERATION OF TEMPLE YOUTH a.k.a. NFTY, an entity of unknown form; UNION FOR REFORM JUDAISM a.k.a. URJ, an entity of unknown form; URJ CAMP and ISRAEL PROGRAMS, an entity of unknown form; NFTY SOUTHERN CALIFORNIA, an entity of unknown form; and DOES 1 through 50, inclusive,

      Defendants.

Based upon the stipulation of the parties, the above-captioned action is hereby dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear its own attorney's fees and costs. The court shall maintain jurisdiction to enforce the terms of the settlement.

Dated: August 12, 2016      By: _____
      GEORGE H. WU,
      United States District Judge